FILED
JUN 29 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>          Plaintiff,<br><br>v.<br><br>KIANARMAN LLC, a California Limited Liability Company; MP FLOORING SOLUTIONS, INC., a California Corporation; and DOES 1-10,<br><br>          Defendants. | Case No.: 3:20-cv-00375-BEN-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 23] |

Having read and considered the Joint Motion to Dismiss the Entire Action, without Prejudice by Plaintiff Chris Langer ("Plaintiff") and Defendants Kianarman LLC, and MP Flooring Solutions, Inc. (collectively "Defendants"), and good cause appearing, **IT IS HEREBY ORDERED:**

The Joint Motion to Dismiss the Entire Action without prejudice is hereby **GRANTED**. Each party is to bear its own costs, fees, and expenses.

**IT IS SO ORDERED.**

Dated: June 29, 2020

HON. ROGER T. BENITEZ
United States District Judge

1

3:20-cv-00375-BEN-JLB